Personal Property Schedule
Exhibit to CONTRACT OF SALE

Seller: HELEN-MAY HOLDINGS, LLC

Purchaser: ARON FIXLER

Premises: 1141 County Road 114, Fosterdale, NY 12726

Date: April    , 2004

---

This sale also includes all fixtures and articles of personal property now attached or appurtenant to the Premises, unless specifically excluded below. They include, but are not limited to, plumbing, heating, lighting and cooking fixtures, chandeliers, bathroom and kitchen cabinets and counters, mantels, door mirrors, switch plates and door hardware, venetian blinds, window treatments, shades, screens, awnings, storm windows, storm doors, window boxes, mail box, TV aerials, weather vane, flagpole, pumps, shrubbery, fencing, outdoor statutory, tool shed, dishwasher, washing machine, clothes dryer, garbage disposal unit, range, oven, built-in microwave oven, refrigerator, freezer, air conditioning equipment and installations, wall to wall carpeting and built-ins not excluded below.

The following articles of Personal Property shall be excluded from the sale:

    Piano

    Dishes

    2 "Lift" chairs

    Grandfather clock

    2 Display cases (located in Main Hall & in Old House)

    Animals, diesel fuel storage tank, backhoe and other items of personal property belonging to the caretakers.

## CHICAGO TITLE INSURANCE COMPANY

## SCHEDULE A DESCRIPTION

File No.: COCH-093A                                    Title No.: 04-03-45377

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Cochecton, County of Sullivan and State of New York, known and described as Lot No. 8 in Subdivision Lot 1 of Division No. 62 of Great Lots 1 and 18 of the Hardenburgh Patent and bounded as follows:

BEGINNING at a point in the center of the Newburgh and Cochecton Turnpike where the West line of the present property owned by the Recreation Farm Society, Inc., intersects the same; thence Westerly along the center line of the said turnpike 514 feet to a point in the center thereof which is also the Southeast corner of the Anna Bodnar property; thence Northerly in a straight line a distance of 2280 feet to a point on the South line of property formerly owned by Bush, which point is also 230 feet Westerly from the West line of the party of the second part and which is also the Northeast corner of a lot owned by Anna Bodnar; thence Easterly in a straight line along the line of property formerly owned by Bush 230 feet to a point on the West line of lands of the party of the second part; thence Southerly along second party's present Westerly line a distance of 2495 feet to the point or place of BEGINNING. Containing 20 acres of land, be the same more or less, and being Parcels Nos. 2 and 3 on a certain map made by Nial Sherwood, C.E., in March, 1932.

ALL that tract or parcel of land with the buildings and improvements thereon erected, situate in the Town of Cochecton, County of Sullivan and State of New York, and known and distinguished as that part of farm Lot No. 9 of the Taylor Tract, in division Lot No. 22, Great Lot 1 and 18 of the Hardenburgh Patent, and bounded as follows:

BEGINNING at a heap of stones, the Southeast corner of farm Lot No. 8 and running thence along the line between 8 and 9 North 11 degrees East 54 chains to a heap of stones, one stone marked "8 9" in the North line of Division Lot 62; thence along said line South 74 degrees East 8 chains; thence South 11 degrees West 52 chains; thence South 19 degrees 30 seconds West 8 chains to the Newburgh & Cochecton Turnpike road; thence along said road North 53 degrees 30 seconds West 8 chains to the place of BEGINNING. Containing 50 acres of land more or less.

EXCEPTING AND RESERVING therefrom all that part of the same lot being 10 acres, more or less, heretofore conveyed and now occupied by Eliza Cochran, also excepting existing rights of way.

## CHICAGO TITLE INSURANCE COMPANY
### SCHEDULE "F"

The policy will not insure against loss or damage (and the Company will no pay costs, attorneys' fees or expenses) which arise by reason of the following exceptions unless they are disposed of to our satisfaction:

*Omit* 1. Taxes, tax liens, tax sales, water rates, sewer and assessments set forth in schedule herein.

*Omit* 2. Mortgages returned herein (NONE). Detailed statement within.

*Except* 3. Subject to any state of facts as would be disclosed by an accurate survey and inspection of the premises.

*except* 4. Rights of present tenants, lessees or parties in possession.

*except* 5. The exact amount of acreage is not insured.

*Omit* 6. Proof of payment of the 2004 County and Town Taxes is required, see tax page attached. *Pd to title Co.*

*Omit* 7. Proof of payment of the 2003 County and Town Taxes is required, see tax page attached. *Pd to title Co.*

*Omit* 8. Proof of payment of the 2003/04 School Taxes is required, see tax page attached. *relevied w/ 04 tax*

*Omit* 9. Company excepts against possible unpaid taxes, charges or costs for water service, sewer service or other municipal services provided but not billed with the real property tax bill. **FINAL WATER AND SEWER BILL MUST BE PRODUCED AT TIME OF CLOSING.** *Private.*

*except* 10. Subject to Rights and Easements, if any, acquired by any Public Utilities Company to maintain its poles and operate its wires, lines, etc., to and over the premises herein and in, to and over the streets adjacent hereto.

*except* 11. Underground Encroachments and Easements, if any, including pipes and drains and such rights as may exist for entry upon said premises to maintain and repair the same.

*except* 12. Riparian rights, if any, in favor of the premises are not insured.

*except* 13. Rights of others to drain through creeks or streams, if any, which cross the premises and the natural flow thereof are excepted.

*except* 14. No title is insured to any land lying in the bed of any street, road or avenue abutting, adjoining passing through or crossing the premises herein.

*except* 15. Subject to Grants of Utility Line Easements and Rights of Way in Liber 277 of Deeds at page 267, Liber 706 at Page 522, Liber 715 at Page 107, copies of which are attached hereto and made a part hereof.

*except* 16. Subject to 50' wide Transmission Utility Easement in Liber 384 at Page 117, copy attached.

000337