Exhibit C

For value received, the undersigned hereby assigns to Kolel Mateh Efraim, a contract dated April 29, 2004 between Helen-May Holdings LLC as seller, and Aron Fixler as purchaser for the sale of the premises known as 1141 Country Road 114, Fosterdale N.Y.

_____
ARON FIXLER- ASSIGNOR

The obligations of the aforesaid contract are hereby assumed

_____
KOLEL MATEH EFRAIM- ASSIGNEE

Dated: May 18, 2004

Exhibit D