Exhibit F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re

    **Kollel Mateh Efraim, LLC**
                          Debtor.

------------------------------------------------------------x

Hearing Date
May 22, 2007: 10:00 am

Chapter 11

Case No. **04-16410-SMB**

## ORDER

    A hearing ("Hearing") having been held on May 22, 2007, before the Honorable Stuart M. Bernstein Chief United States Bankruptcy Judge, on the Order to Show Cause and Application (the "Motion" or "Application") of Helen-May Holdings, LLC, the fee owner and creditor/licensor herein (the "Movant" or "Helen-May"), by its attorneys, Law Offices of David Carlebach, Esq., for entry of an order (1) Compelling Payment of an Administrative Expense Pursuant to § 503(b) of the Bankruptcy Code; and (2) Holding the Debtor in Civil Contempt for Failure to Timely Comply with this Court's Adequate Protection Order Dated April 25, 2007, Pursuant to § 105(a) of the Bankruptcy Code; and (3) Granting Relief from the Automatic Stay Pursuant to Sections 362(d)(1) & (2) of the Bankruptcy Code, and the Movant having appeared at the Hearing in support of the Motion by its counsel Law offices of David Carlebach, David Carlebach, Esq. of counsel, and the Debtor having appeared at the Hearing in opposition to the Motion by its counsel Backenroth Frankel & Krinsky, Scott Krinsky, Esq., of counsel, and upon the Motion and upon all of the pleadings filed in connection therewith and upon the record created at the hearing, after due deliberation and sufficient cause appearing therefor, it is hereby:

    **ORDERED,** that the Movant's application is granted in part and denied in part as follows:

1. The automatic stay is lifted and vacated as to Helen-May Holdings, LLC, with respect to only the property known as the Meadows Resort located at 1141 County Road 114, Fosterdale, New York, Section: 2; Block: 1; Lot 39.1 (the "Property") and Helen-May **SMB 6/5/07 may** exercise of all its rights and remedies with respect to the Property as allowed under applicable law.

2. The portion of the Application seeking to compel payment of an administrative expense is denied.

3. The portion the Application seeking to hold the Debtor in civil contempt is denied without prejudice.

4. This order is without prejudice to either of the parties relative rights and remedies in this proceeding.

Dated: June 5, 2007
   New York, New York

/s/ STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

2