Exhibit G

## TEN DAY NOTICE TO TENANT TO QUIT AND VACATE

Dated: June 15, 2007

TO: Kolel Mateh Efraim
Abraham C. Steinwurzel- Manager
and/or Trustee
1141 CR 114
Cochecton, New York 12726

Aron Fixler
668 Bedford Avenue
Brooklyn, New York 11211

Jack Lefkowitz-Managing Member
Kollel Mateh Efraim, LLC
1141 CR 114
Cochecton, New York 12726

Kollel Mateh Efraim, LLC
a/k/a Kollel Mateh Efraim
751 Second Avenue, 1st Floor
New York, New York 10017

Camp Mateh Efraim
Caretakers
Wolfgang Blanke
Susan Blanke
1141 CR 114
Cochecton, New York 12726

TO ALL PERSONS OCCUPYING THE PROPERTY HEREINAFTER MENTIONED.

PLEASE TAKE NOTICE that annexed hereto is an Order of the United States Bankruptcy Court for the Southern District of New York dated June 5, 2007 in the case of In RE: Kollel Mateh Efraim LLC. Debtor, bearing case number 04-16410-SMB which lifted and vacated the automatic stay as to Helen-May Holdings, LLC with respect to property known as The Meadows Resort located at 1141 County Road 114, Fosterdale, New York, Section 2, Block 1, Lot 39.1 (the "Property") owned by Helen-May Holdings, LLC and authorized Helen-May Holdings LLC to exercise all of its rights and remedies with respect to the Property as allowed under applicable law.

PLEASE TAKE FURTHER NOTICE that Helen-May Holdings, LLC has taken possession of the Property and posted the Property to trespassers.

PLEASE TAKE FURTHER NOTICE that Helen-May Holdings, LLC has terminated any and all Contracts, Agreements, Licenses and rights of possession with respect to the Property, if any.

PLEASE TAKE FURTHER NOTICE THAT YOU ARE NOTIFIED that in the event that you remain on the Property, or any portions of the Property, you are hereby required to quit and vacate the said Property as of June 26, 2007 and that unless you so remove from the said Property, the owner will enforce any and all of its rights under the law with respect to the Property, including but not limited to commencing summary proceedings to remove you from said Property.

Helen-May Holdings, LLC

BY: _____
Irene Griffin, Managing Member

Jacobowitz and Gubits, LLP
Attorneys for Owner
158 Orange Avenue
P.O. Box 367
Walden, New York 12586
(845)778-2121

cc: Laufer & Halberstam, LLP
39 Broadway, Suite 140
New York, New York 10006
Attention: Michael J. Halberstam, Esq.
Fax No. (212) 422-9038

STATE OF NEW YORK, COUNTY OF                                             ss:

I, the undersigned, am an attorney admitted to practice in the courts of New York, and

☐ **Attorney's Certification** — certify that the annexed
has been compared by me with the original and found to be a true and complete copy thereof.

☐ **Attorney's Verification by Affirmation** — say that: I am the attorney of record, or of counsel with the attorney(s) of record, for
                                                    . I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following.

The reason I make this affirmation instead of                              is

I affirm that the foregoing statements are true under penalties of perjury.
Dated:
                                                                          ..................................................
                                                                          (Print signer's name below signature)

STATE OF NEW YORK, COUNTY OF                                             ss:
                                    being sworn says: I am

☐ **Individual Verification** — in the action herein; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

☐ **Corporate Verification** — the                              of
a corporation, one of the parties to the action; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.
My belief, as to those matters therein not stated upon knowledge, is based upon the following:

Sworn to before me on                     , 20
                                                                          ..................................................
                                                                          (Print signer's name below signature)

STATE OF NEW YORK, COUNTY OF                                             ss:
                                    being sworn says: I am not a party to the action, am over 18 years of age and reside at
On                     , 20   , I served a true copy of the annexed
                                    in the following manner:

☐ **Service by Mail** — by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

☐ **Personal Service** — by delivering the same personally to the persons at the address indicated below:

☐ **Service by Electronic Means** — by transmitting the same to the attorney by electronic means to the telephone number or other station or other limitation designated by the attorney for that purpose. In doing so I received a signal from the equipment of the attorney indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

☐ **Overnight Delivery Service** — by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

Sworn to before me on                     , 20
..................................................

Index No.                    Year 20

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN

---

ARON FIXLER; MATEH EPHRAIM, LLC a/k/a
KOLEL MATEH EFRAIM, LLC,

                             Plaintiffs,

- against -

HELEN-MAY HOLDINGS, LLC and
IRENE GRIFFIN,

                             Defendants.

Index No:

---

## ORDER TO SHOW CAUSE AND SUPPORTING AFFIDAVIT

---

**BLUSTEIN, SHAPIRO & RICH, LLP**
Attorney(s) for Plaintiffs

90 CRYSTAL RUN ROAD, SUITE 409
MIDDLETOWN, NEW YORK 10941
(845) 692-0011

---

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: ........................................    Signature ........................................

Print Signer's Name ........................................

Service of a copy of the within                                                          is hereby admitted.
Dated:

                                                 Attorney(s) for

PLEASE TAKE NOTICE

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on                          20

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the
Hon.                          one of the judges of the within named Court,
at
on                          20        , at                M.

Dated:

                                           **BLUSTEIN, SHAPIRO & RICH, LLP**
                            Attorney(s) for

                                                  90 CRYSTAL RUN ROAD, SUITE 409
                                                  MIDDLETOWN, NEW YORK 10941

To: