UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Kollel Mateh Efram LLC

**Plaintiff**s

KOLLEL MATEH EFRAIM, LLC a/k/a
MATEH EPHRAIM LLC

-v-

HELEN-MAY HOLDINGS, LLC, and
IRENE GRIFFIN

and

**Defendant**s

Case No. 07 cv 6459 (CLB)
"ECF CASE"

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for HELEN-MAY HOLDINGS, LLC, and IRENE GRIFFIN (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: July 16, 2007

Signature of Attorney

Attorney Bar Code: PC-7350

Form Rule7_1.pdf